Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of JOHN MANOLAKIS, Appellant, v. EDISON STEAMSHIP CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

846

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

ALBERT W. COLBY, JR., Respondent, v. BIDWELL P. DREW, Appellant. JEANETTE COLBY, Respondent, v. BIDWELL P. DREW, Appellant.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY GORDON VAUGHN, Appellant.—